KRISS & FEUERSTEIN LLP
360 LEXINGTON AVENUE
SUITE 1200
NEW YORK, NEW YORK 10016
(212) 661-2900
Attorneys for Plaintiff
Eastern Savings Bank, FSB.



FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.

★ MAR 29 2011 ★

BROOKLYN OFFICE

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

---

EASTERN SAVINGS BANK, FSB,

    Plaintiff,

v.

PETER K. STREZ, CATHERINE A. STREZ A/K/A CATHERINE A. KELLEY, CITY OF NEW YORK ENVIRONMENTAL CONTROL BOARD, and "JOHN DOE #1 through JOHN DOE #12", the last twelve names being fictitious and unknown to plaintiff, the persons or parties intended being the tenants, occupants, persons or corporations, if any, having or claiming interest upon the premises described in the Complaint,

    Defendants.

Judge_____

Civil Case No.:

# CV 11 - 1543

STATEMENT PURSUANT TO
**FED. R. CIV. P. 7.1**

VITALIANO, J.

BLOOM M

---

Pursuant to Fed. R. Civ. P. 7.1, plaintiff Eastern Savings Bank, fsb, hereby certifies that it does not have any parent corporation publicly held. Eastern Savings Bank, fsb, has no publicly held subsidiaries or affiliates.

    KRISS & FEUERSTEIN, LLP

    BY:_____
    JEROLD C. FEUERSTEIN (JCF9829)
    Attorney for Plaintiff
    360 Lexington Avenue, Suite 1200
    New York, New York 10017
    (212) 661-2900

Dated: March 10, 2011

1