# EXHIBIT C

**EASTERN**
**SAVINGS BANK** fsb

Established 1905

Executive Plaza 2
11350 McCormick Road, Suite 200
Hunt Valley, Maryland 21031
410-785-2200 • 1-800-787-BANK
www.easternsavingsbank.com

October 6, 2010

**CERTIFIED RETURN RECEIPT #** ___7010 0290 0000 2109 4498___
**& REGULAR MAIL**
Mr. Peter K. Strez
16 Middlemay Circle
Forest Hills, NY 11375

Re:     Eastern Savings Bank, fsb with Peter K. Strez and Catherine A. Strez
        Property: 16 Middlemay Circle, Forest Hills, NY 11375
        ESB Loan No.: 321913957

Dear Mr. Strez:

### YOU COULD LOSE YOUR HOME. PLEASE READ THE FOLLOWING NOTICE CAREFULLY.

As of October 6, 2010, your home loan is 159 days in default (the "Default"). Under New York State Law, we are required to send you this notice to inform you that you are at risk of losing your home. You can cure this Default by making the payment of $32,643.94[1] (the "Arrears") by January 4, 2011.

If you are experiencing financial difficulty, you should know that there are several options available to you that may help you keep your home. Attached to this notice is a list of government approved housing counseling agencies in your area which provide free or very low-cost counseling. You should consider contacting one of these agencies immediately. These agencies specialize in helping homeowners who are facing financial difficulty. Housing counselors can help you assess your financial condition and work with us to explore the possibility of modifying your loan, establishing an easier payment plan for you, or even working out a period of loan forbearance. If you wish, you may also contact us directly at 1-800-787-7372 and ask to discuss possible options.

---

[1] The Arrears includes the payments due on May 1, 2010, June 1, 2010 and July 1, 2010 in the amount of $4,390.73 and August 1, 2010 and September 1, 2010 and October 1, 2010 payments each in the amount of $4,360.15 plus $5,281.30 in late charges and $1,110.00 in prior legal fees. **If the Arrears are not received by November 1, 2010, in addition to paying the Arrears, the Borrower shall also be required to make the November, 2010, December, 2010 and January, 2011 monthly payments each in the amount of $4,360.15 on the first of each respective month.** For each payment not received by the 15th of the month for which it was due, a late charge in the amount of $218.01 will also be due and owing.

---

*Eastern Savings Bank is a debt collector. This communication is an attempt to collect a debt. Any information obtained may be used for that purpose.*



Member FDIC

While we cannot assure that a mutually agreeable resolution is possible, we encourage you to take immediate steps to try to achieve a resolution. The longer you wait, the fewer options you may have.

If this matter is not resolved within 90 days from the date this notice was mailed, we may commence legal action against you (or sooner if you cease to live in the dwelling as your primary residence.)

If you need further information, please call the New York State Banking Departments toll-free helpline at 1-877-BANK-NYS (1-877-226-5697) or visit the Department's website at http://www.banking.state.ny.us.

**THIS IS AN ATTEMPT TO COLLECT A DEBT AND ANY INFORMATION OBTAINED WILL BE USED FOR THAT PURPOSE.**

## Queens

| Housing Agency | Street Address | City, State Zip | Phone | Additional Information |
|---|---|---|---|---|
| Asian Americans for Equality | 133-04 39th Avenue OR 111 Division Street | Flushing, NY 11354 OR New York, NY 10002 | 718-961-0888 OR 212-964-2288 | |
| Asociacion Tepeyac | 251 W. 14th Street | New York, NY 10011 | 212-633-7108 | Spanish speaking counselors on staff |
| Center for New York City Neighborhoods CNYCN | 74 Trinity Place, Suite 1302 | New York, NY 10006 | 646-786-0888 | Provides intake and direct referrals for more than 50 free, nonprofit housing counselors and legal service agencies throughout NYC |
| CHANGER | 402 Chestnut Street | Brooklyn, NY 11208 | 718-304-7753 | Appointment required |
| CHHAYA | 37-43 77th Street 2nd Floor | Jackson Heights, NY 11372 | 718-478-3848 | Southeast Asian speaking counselors on staff |
| Cypress Hills Local Development Corp. | 3214 Fulton St | Brooklyn NY 11208 | 718-647-8100 | Serving Brooklyn and parts of western Queens. |
| Greenpath | 80-02 Kew Gardens Road, Suite 710 | Kew gardens, NY 11415 | 888-776-6738 | Make appointments by phone first |
| LIFE, Inc. | 112 Spruce Street | Cedarhurst, NY 11516 | 516-374-4564 | Serving Nassau and eastern |

| | | | | Queens |
|---|---|---|---|---|
| Margert Community Corp. | 325 Beach 37th Street | Far Rockaway, NY 11691-1510 | 718-471-3724 | |
| Money Management International | 88-32 Sutphin Blvd. | Jamaica, NY 11435 | 866-346-2227 | |
| Neighborhood Housing Services of Jamaica | 89-70 162nd Street | Jamaica, NY 11432 | 718-291-7400 | NIS |
| Neighborhood Housing Services of New York City - Homeownership Center 1 | 306 West 37th Street, 12th Floor | New York, NY 10018 | 718-230-7610 | NIS |
| Neighborhood Housing Services of Northern Queens | 60-20 Woodside Avenue | Woodside, NY 11377 | 718-457-1017 | NIS |
| New York ACORN Housing | 2-4 Nevins Street, 2nd Floor | Brooklyn, NY 11217 | 1-866-67-ACORN | |
| New York City Commission on Human Rights | 153-01 Jamaica Avenue | Jamaica, NY | 718-886-6162 | |
| Office of the New York City Comptroller | 1 Centre Street, Room 835 | New York, NY 10007 | 212-669-4915 | |
| The Parodneck Foundation | 121 6th Avenue, Rm. 501 | New York, NY 10021 | 212-431-9700 ext: 316 | |
| Ridgewood Bushwick Senior Citizens Council, Inc. | 217 Wycoff Avenue | Brooklyn, NY 11237 | 718-366-3800 ext: 212, 113 | Serves Brooklyn and western Queens |
| Rockaway Development & | 1920 Mott Avenue, Rm# 2 | Far Rockaway, NY 11691 | 718-327-5300 | Serves Queens and western |

| Revitalization Corp. | | | | Nassau |
|---|---|---|---|---|



**U.S. Postal Service**
**CERTIFIED MAIL☐ RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

For delivery information visit our website at www.usps.com☐

OFFICIAL USE

| | |
|---|---|
| Postage | $ |
| Certified Fee | |
| Return Receipt Fee (Endorsement Required) | |
| Restricted Delivery Fee (Endorsement Required) | |
| Total Posta | |

Postmark
Here

Sent To
Peter K. Strez
16 Middlemay Circle
Forest Hills, NY 11375
10/6/10

Street, Apt. N
or PO Box No.
City, State, Zi

PS Form 380

SENDER: COMPLETE THIS SECTION

COMPLETE THIS SECTION ON DELIVERY

■ Complete items 1, 2, and 3. Also complete
   item 4 if Restricted Delivery is desired.
■ Print your name and address on the reverse
   so that we can return the card to you.
■ Attach this card to the back of the mailpiece,
   or on the front if space permits.

A. Signature

X _____  ☐ Agent
                     ☐ Addressee

B. Received by ( Printed Name )    C. Date of Delivery

1. Article Addressed to:

Peter K. Strez
16 Middlemay Circle
Forest Hills, NY 11375
10/6/10

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:        ☐ No

FOREST HILLS NY 11375
OCT - 3 2010
9998
SBS

3. Service Type
   ☐ Certified Mail     ☐ Express Mail
   ☐ Registered         ☐ Return Receipt for Merchandise
   ☐ Insured Mail       ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)    ☐ Yes

2. Article Number
   (Transfer from service label)

7010 0290 0000 2109 4498

PS Form 3811, February 2004      Domestic Return Receipt      102595-02-M-1540

Case 1:11-cv-01543-ENV-LB   Document 33-7   Filed 09/25/12   Page 9 of 26 PageID #: 573

United States Postal Service

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

● Sender: Please print your name, address, and ZIP+4 in this box ●

REMIT TO:
EASTERN SAVINGS BANK, FSB
P. O. BOX 1277
COCKEYSVILLE, MD 21031
ATTENTION: COLLECTIONS · 281

**EASTERN SAVINGS BANK**
*Established 1905*

Corporate Headquarters
Executive Plaza 2
11350 McCormick Road, Suite 200
Hunt Valley, Maryland 21031
410-785-2200 • 1-800-787-BANK
www.easternsavingsbank.com

October 6, 2010

**CERTIFIED RETURN RECEIPT #** _7010 0290 0000 2109 4504_
**& REGULAR MAIL**
Mrs. Catherine A. Strez
16 Middlemay Circle
Forest Hills, NY 11375

Re: Eastern Savings Bank, fsb with Peter K. Strez and Catherine A. Strez
Property: 16 Middlemay Circle, Forest Hills, NY 11375
ESB Loan No.: 321913957

Dear Mrs. Strez:

### YOU COULD LOSE YOUR HOME. PLEASE READ THE FOLLOWING NOTICE CAREFULLY.

As of October 6, 2010, your home loan is 159 days in default (the "Default"). Under New York State Law, we are required to send you this notice to inform you that you are at risk of losing your home. You can cure this Default by making the payment of $32,643.94[1] (the "Arrears") by January 4, 2011.

If you are experiencing financial difficulty, you should know that there are several options available to you that may help you keep your home. Attached to this notice is a list of government approved housing counseling agencies in your area which provide free or very low-cost counseling. You should consider contacting one of these agencies immediately. These agencies specialize in helping homeowners who are facing financial difficulty. Housing counselors can help you assess your financial condition and work with us to explore the possibility of modifying your loan, establishing an easier payment plan for you, or even working out a period of loan forbearance. If you wish, you may also contact us directly at 1-800-787-7372 and ask to discuss possible options.

---

[1] The Arrears includes the payments due on May 1, 2010, June 1, 2010 and July 1, 2010 in the amount of $4,390.73 and August 1, 2010 and September 1, 2010 and October 1, 2010 payments each in the amount of $4,360.15 plus $5,281.30 in late charges and $1,110.00 in prior legal fees. **If the Arrears are not received by November 1, 2010, in addition to paying the Arrears, the Borrower shall also be required to make the November, 2010, December, 2010 and January, 2011 monthly payments each in the amount of $4,360.15 on the first of each respective month.** For each payment not received by the 15th of the month for which it was due, a late charge in the amount of $218.01 will also be due and owing.

---

*Eastern Savings Bank is a debt collector. This communication is an attempt to collect a debt. Any information obtained may be used for that purpose.*



Member FDIC

While we cannot assure that a mutually agreeable resolution is possible, we encourage you to take immediate steps to try to achieve a resolution. The longer you wait, the fewer options you may have.

If this matter is not resolved within 90 days from the date this notice was mailed, we may commence legal action against you (or sooner if you cease to live in the dwelling as your primary residence.)

If you need further information, please call the New York State Banking Departments toll-free helpline at 1-877-BANK-NYS (1-877-226-5697) or visit the Department's website at http://www.banking.state.ny.us.

**THIS IS AN ATTEMPT TO COLLECT A DEBT AND ANY INFORMATION OBTAINED WILL BE USED FOR THAT PURPOSE.**

## Queens

| Housing Agency | Street Address | City, State Zip | Phone | Additional Information |
|---|---|---|---|---|
| Asian Americans for Equality | 133-04 39th Avenue OR 111 Division Street | Flushing, NY 11354 OR New York, NY 10002 | 718-961-0888 OR 212-964-2288 | |
| Asociacion Tepeyac | 251 W. 14th Street | New York, NY 10011 | 212-633-7108 | Spanish speaking counselors on staff |
| Center for New York City Neighborhoods CNYCN | 74 Trinity Place, Suite 1302 | New York, NY 10006 | 646-786-0888 | Provides intake and direct referrals for more than 50 free, nonprofit housing counselors and legal service agencies throughout NYC |
| CHANGER | 402 Chestnut Street | Brooklyn, NY 11208 | 718-304-7753 | Appointment required |
| CHHAYA | 37-43 77th Street 2nd Floor | Jackson Heights, NY 11372 | 718-478-3848 | Southeast Asian speaking counselors on staff |
| Cypress Hills Local Development Corp. | 3214 Fulton St | Brooklyn NY 11208 | 718-647-8100 | Serving Brooklyn and parts of western Queens. |
| Greenpath | 80-02 Kew Gardens Road, Suite 710 | Kew gardens, NY 11415 | 888-776-6738 | Make appointments by phone first |
| LIFE, Inc. | 112 Spruce Street | Cedarhurst, NY 11516 | 516-374-4564 | Serving Nassau and eastern |

| | | | | Queens |
|---|---|---|---|---|
| Margert Community Corp. | 325 Beach 37th Street | Far Rockaway, NY 11691-1510 | 718-471-3724 | |
| Money Management International | 88-32 Sutphin Blvd. | Jamaica, NY 11435 | 866-346-2227 | |
| Neighborhood Housing Services of Jamaica | 89-70 162nd Street | Jamaica, NY 11432 | 718-291-7400 | NIS |
| Neighborhood Housing Services of New York City - Homeownership Center 1 | 306 West 37th Street, 12th Floor | New York, NY 10018 | 718-230-7610 | NIS |
| Neighborhood Housing Services of Northern Queens | 60-20 Woodside Avenue | Woodside, NY 11377 | 718-457-1017 | NIS |
| New York ACORN Housing | 2-4 Nevins Street, 2nd Floor | Brooklyn, NY 11217 | 1-866-67-ACORN | |
| New York City Commission on Human Rights | 153-01 Jamaica Avenue | Jamaica, NY | 718-886-6162 | |
| Office of the New York City Comptroller | 1 Centre Street, Room 835 | New York, NY 10007 | 212-669-4915 | |
| The Parodneck Foundation | 121 6th Avenue, Rm. 501 | New York, NY 10021 | 212-431-9700 ext: 316 | |
| Ridgewood Bushwick Senior Citizens Council, Inc. | 217 Wycoff Avenue | Brooklyn, NY 11237 | 718-366-3800 ext: 212, 113 | Serves Brooklyn and western Queens |
| Rockaway Development & | 1920 Mott Avenue, Rm# 2 | Far Rockaway, NY 11691 | 718-327-5300 | Serves Queens and western |

| Revitalization Corp. | | | | Nassau |
|---|---|---|---|---|



**U.S. Postal Service**
**CERTIFIED MAIL** · **RECEIPT**
(Domestic Mail Only; No Insurance Coverage Provided)

For delivery information visit our website at www.usps.com

O F F I C I A L   U S E

| | |
|---|---|
| Postage | $ |
| Certified Fee | |
| Return Receipt Fee (Endorsement Required) | |
| Restricted Delivery Fee (Endorsement Required) | |
| Total Postage | |

Postmark
Here

Sent To
Catherine A. Strez
Street, Apt. No.; or PO Box No.
16 Middlemay Circle
City, State, ZIP+4
Forest Hills, NY 11375
10/6/10

7010 0290 0000 2109 4504

PS Form 3800, August 2006          See Reverse for Instructions

**SENDER: COMPLETE THIS SECTION**

- ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- ■ Print your name and address on the reverse so that we can return the card to you.
- ■ Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Catherine A. Strez
16 Middlemay Circle
Forest Hills, NY 11375
10/6/10

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature

X _____  ☐ Agent  ☐ Addressee

B. Received by (Printed Name)   C. Date of Delivery

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:  ☐ No

3. Service Type
   ☐ Certified Mail   ☐ Express Mail
   ☐ Registered   ☐ Return Receipt for Merchandise
   ☐ Insured Mail   ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number
   (Transfer from service label)

   7010 0290 0000 2109 4504

PS Form 3811, February 2004     Domestic Return Receipt     102595-02-M-1540

Case 1:11-cv-01543-ENV-LB   Document 33-7   Filed 09/25/12   Page 17 of 26 PageID #: 581

UNITED STATES POSTAL SERVICE

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

⁹ Sender: Please print your name, address, and ZIP+4 in this box ⁹

REMIT TO:
EASTERN SAVINGS BANK, FSB
P. O. BOX 1277
COCKEYSVILLE, MD 21031
ATTENTION: COLLECTIONS · 281



Kriss
&Feuerstein LLP
ATTORNEYS AT LAW

Jerold C. Feuerstein, Esq.
p: 212-661-2900
f: 212-661-9397
jfeuerstein@kandfllp.com

December 8, 2010

**CERTIFIED & REGULAR MAIL**
**RETURN RECEIPT REQUESTED**
Mr. Peter K. Strez
16 Middlemay Circle
Forest Hills, NY 11375

    Re:  Eastern Savings Bank, fsb with Peter K. Strez and Catherine A. Strez
        Property: 16 Middlemay Circle
           Forest Hills, NY 11375
        ESB Loan No.: 321913957

Dear Mr. Strez:

   **THIS IS AN ATTEMPT TO COLLECT A DEBT AND ANY INFORMATION OBTAINED WILL BE USED FOR THAT PURPOSE.**

   **In accordance with RPAPL 1304(2)(4), a 30 day notice is being issued as the 90 day notice provided by RPAPL 1304(1) was sent to you on October 6, 2010.**

   This firm is counsel to Eastern Savings Bank, fsb ("Eastern"). We have been instructed to contact you regarding your default in connection with the Note ("Note") and the Mortgage ("Security Instrument") in the amount of $400,000.00 duly executed by you on June 13, 2008 and given to Eastern. Our client advises us that you have failed to deliver your scheduled payments for the months of May, 2010 through December, 2010 and currently there is an outstanding balance, including late charges, insufficient fund fees and prior legal fees in the amount of $42,000.26 owed by you to Eastern. The interest on this debt continues to accrue on a daily basis.

   By reason of the foregoing, if this firm fails to receive payment from you in the amount of $42,000.26, plus reimbursement of Eastern's attorney's fees and costs in the amount of $300.00 within thirty (30) days from the receipt of this letter, which is January 12, 2011 the entire unpaid balance under this Security Instrument and Note may be accelerated and become due and owing in full to Eastern. If payment is not received by the 1st day of January, 2011 the January payment will be due as well. Additionally, if payment is not received by December 15, 2010, a late charge, if applicable, will be due to Eastern Savings Bank, fsb. Moreover, failure to deliver timely payment may result in the commencement of foreclosure proceedings in the Supreme Court, Queens County.

Mr. Strez
December 8, 2010
Page 2

If you meet certain conditions, you shall have the right to have enforcement of this Security Instrument discontinued at any time prior to the earliest of (a) five days before sale of the Property under any power of sale granted by this Security Instrument; (b) another period as Applicable Law might specify for the termination of Borrower's right to have enforcement of the loan stopped; or (c) a judgment has been entered enforcing this Security Instrument. You have this right if you meet the following conditions (1) pay Eastern all sums which then would be due under this Security Instrument and the Note as if Immediate Payment in Full had never been required; (2) cures any default of any other covenants or agreements; (3) pay all expenses incurred in enforcing this Security Instrument, including but not limited to, reasonable attorney's fees, property inspection and valuation fees and other fees. You have the right to have the foreclosure discontinued if payment in full is received prior to the sale of the property. You also have the right to argue in the foreclosure lawsuit and sale that you did keep your promises and agreements under the Note and under this Security Instrument and will be able to present any other defenses that you may have. The ultimate outcome of a foreclosure proceeding may result in your loss of the above-referenced property and collection by Eastern of all remaining amounts due under the Note that the foreclosure of the property fails to satisfy after a judicial sale.

**All payments shall be made in certified funds and shall be delivered to Kriss & Feuerstein LLP and not to Eastern. Any additional payments becoming due and owing within the thirty (30) days from the receipt of this letter, which is January 12, 2011 will be accepted by Eastern and should be remitted with the amounts demanded herein; however, the loan may be accelerated unless the entire sum due and owing is paid as set forth herein.**

**UNLESS YOU NOTIFY US IN WRITING WITHIN THIRTY (30) DAYS FROM THE RECEIPT OF THIS LETTER, WHICH IS JANUARY 12, 2011 THAT THE DEBT, OR ANY PART OF IT, IS DISPUTED, WE WILL ASSUME THAT THE DEBT IS VALID. IF YOU DO NOTIFY US OF A DISPUTE, WE WILL OBTAIN VERIFICATION OF THE DEBT AND MAIL IT TO YOU. ALSO UPON YOUR WRITTEN REQUEST, WITHIN THIRTY (30) DAYS FROM THE RECEIPT OF THIS LETTER, WHICH IS JANUARY 12, 2011 WE WILL PROVIDE YOU WITH THE NAME AND ADDRESS OF THE ORIGINAL CREDITOR IF DIFFERENT FROM THE CURRENT CREDITOR.**

If you wish to discuss this letter, please contact the undersigned.

Please be guided accordingly.

Very truly yours,

Jerold C. Feuerstein

JCF/ym
cc:    Ms. Terry Brown, ESB (Via Facsimile)

Mr. Strez
December 8, 2010
Page 4

     Under the Housing and Urban Development Act of 1968, certain eligible,delinquent homeowners may qualify for homeownership counseling. You should contact an approved housing counseling agency by calling 1-800-569-4287(TDD 1-800-877-8339).  A counselor will review your financial situation and may be able to suggest how you can arrange to pay the overdue payment(s)and make timely mortgage payments in the future.  The counselor may also discuss other available options.

# Queens

| Housing Agency | Street Address | City, State Zip | Phone | Additional Information |
|---|---|---|---|---|
| Asian Americans for Equality | 133-04 39th Avenue OR 111 Division Street | Flushing, NY 11354 OR New York, NY 10002 | 718-961-0888 OR 212-964-2288 | |
| Asociacion Tepeyac | 251 W. 14th Street | New York, NY 10011 | 212-633-7108 | Spanish speaking counselors on staff |
| Center for New York City Neighborhoods CNYCN | 74 Trinity Place, Suite 1302 | New York, NY 10006 | 646-786-0888 | Provides intake and direct referrals for more than 50 free, nonprofit housing counselors and legal service agencies throughout NYC |
| CHANGER | 402 Chestnut Street | Brooklyn, NY 11208 | 718-304-7753 | Appointment required |
| CHHAYA | 37-43 77th Street 2nd Floor | Jackson Heights, NY 11372 | 718-478-3848 | Southeast Asian speaking counselors on staff |
| Cypress Hills Local Development Corp. | 3214 Fulton St | Brooklyn NY 11208 | 718-647-8100 | Serving Brooklyn and parts of western Queens. |
| Greenpath | 80-02 Kew Gardens Road, Suite 710 | Kew gardens, NY 11415 | 888-776-6738 | Make appointments by phone first |



# Kriss & Feuerstein LLP
## ATTORNEYS AT LAW

Jerold C. Feuerstein, Esq.
p: 212-661-2900
f: 212-661-9397
jfeuerstein@kandfllp.com

December 8, 2010

**CERTIFIED & REGULAR MAIL**
**RETURN RECEIPT REQUESTED**
Mrs. Catherine A. Strez
16 Middlemay Circle
Forest Hills, NY 11375

Re:   Eastern Savings Bank, fsb with Peter K. Strez and Catherine A. Strez
Property: 16 Middlemay Circle
Forest Hills, NY 11375
ESB Loan No.: 321913957

Dear Mrs. Strez:

**THIS IS AN ATTEMPT TO COLLECT A DEBT AND ANY INFORMATION OBTAINED WILL BE USED FOR THAT PURPOSE.**

**In accordance with RPAPL 1304(2)(4), a 30 day notice is being issued as the 90 day notice provided by RPAPL 1304(1) was sent to you on October 6, 2010.**

This firm is counsel to Eastern Savings Bank, fsb ("Eastern"). We have been instructed to contact you regarding your default in connection with the Note ("Note") and the Mortgage ("Security Instrument") in the amount of $400,000.00 duly executed by you on June 13, 2008 and given to Eastern. Our client advises us that you have failed to deliver your scheduled payments for the months of May, 2010 through December, 2010 and currently there is an outstanding balance, including late charges, insufficient fund fees and prior legal fees in the amount of $42,000.26 owed by you to Eastern. The interest on this debt continues to accrue on a daily basis.

By reason of the foregoing, if this firm fails to receive payment from you in the amount of $42,000.26, plus reimbursement of Eastern's attorney's fees and costs in the amount of $300.00 within thirty (30) days from the receipt of this letter, which is January 12, 2011 the entire unpaid balance under this Security Instrument and Note may be accelerated and become due and owing in full to Eastern. If payment is not received by the 1st day of January, 2011 the January payment will be due as well. Additionally, if payment is not received by December 15, 2010, a late charge, if applicable, will be due to Eastern Savings Bank, fsb. Moreover, failure to deliver timely payment may result in the commencement of foreclosure proceedings in the Supreme Court, Queens County.

Mrs. Strez
December 8, 2010
Page 2

If you meet certain conditions, you shall have the right to have enforcement of this Security Instrument discontinued at any time prior to the earliest of (a) five days before sale of the Property under any power of sale granted by this Security Instrument; (b) another period as Applicable Law might specify for the termination of Borrower's right to have enforcement of the loan stopped; or (c) a judgment has been entered enforcing this Security Instrument. You have this right if you meet the following conditions (1) pay Eastern all sums which then would be due under this Security Instrument and the Note as if Immediate Payment in Full had never been required; (2) cures any default of any other covenants or agreements; (3) pay all expenses incurred in enforcing this Security Instrument, including but not limited to, reasonable attorney's fees, property inspection and valuation fees and other fees. You have the right to have the foreclosure discontinued if payment in full is received prior to the sale of the property. You also have the right to argue in the foreclosure lawsuit and sale that you did keep your promises and agreements under the Note and under this Security Instrument and will be able to present any other defenses that you may have. The ultimate outcome of a foreclosure proceeding may result in your loss of the above-referenced property and collection by Eastern of all remaining amounts due under the Note that the foreclosure of the property fails to satisfy after a judicial sale.

**All payments shall be made in certified funds and shall be delivered to Kriss & Feuerstein LLP and not to Eastern. Any additional payments becoming due and owing within the thirty (30) days from the receipt of this letter, which is January 12, 2011 will be accepted by Eastern and should be remitted with the amounts demanded herein; however, the loan may be accelerated unless the entire sum due and owing is paid as set forth herein.**

**UNLESS YOU NOTIFY US IN WRITING WITHIN THIRTY (30) DAYS FROM THE RECEIPT OF THIS LETTER, WHICH IS JANUARY 12, 2011 THAT THE DEBT, OR ANY PART OF IT, IS DISPUTED, WE WILL ASSUME THAT THE DEBT IS VALID. IF YOU DO NOTIFY US OF A DISPUTE, WE WILL OBTAIN VERIFICATION OF THE DEBT AND MAIL IT TO YOU. ALSO UPON YOUR WRITTEN REQUEST, WITHIN THIRTY (30) DAYS FROM THE RECEIPT OF THIS LETTER, WHICH IS JANUARY 12, 2011 WE WILL PROVIDE YOU WITH THE NAME AND ADDRESS OF THE ORIGINAL CREDITOR IF DIFFERENT FROM THE CURRENT CREDITOR.**

If you wish to discuss this letter, please contact the undersigned.

Please be guided accordingly.

Very truly yours,

Jerold C. Feuerstein

JCF/ym
cc:    Ms. Terry Brown, ESB (Via Facsimile)

Mrs. Strez
December 8, 2010
Page 4

Under the Housing and Urban Development Act of 1968, certain eligible,delinquent homeowners may qualify for homeownership counseling. You should contact an approved housing counseling agency by calling 1-800-569-4287(TDD 1-800-877-8339).  A counselor will review your financial situation and may be able to suggest how you can arrange to pay the overdue payment(s)and make timely mortgage payments in the future.  The counselor may also discuss other available options.

# Queens

| Housing Agency | Street Address | City, State Zip | Phone | Additional Information |
|---|---|---|---|---|
| Asian Americans for Equality | 133-04 39th Avenue OR 111 Division Street | Flushing, NY 11354 OR New York, NY 10002 | 718-961-0888 OR 212-964-2288 | |
| Asociacion Tepeyac | 251 W. 14th Street | New York, NY 10011 | 212-633-7108 | Spanish speaking counselors on staff |
| Center for New York City Neighborhoods CNYCN | 74 Trinity Place, Suite 1302 | New York, NY 10006 | 646-786-0888 | Provides intake and direct referrals for more than 50 free, nonprofit housing counselors and legal service agencies throughout NYC |
| CHANGER | 402 Chestnut Street | Brooklyn, NY 11208 | 718-304-7753 | Appointment required |
| CHHAYA | 37-43 77th Street 2nd Floor | Jackson Heights, NY 11372 | 718-478-3848 | Southeast Asian speaking counselors on staff |
| Cypress Hills Local Development Corp. | 3214 Fulton St | Brooklyn NY 11208 | 718-647-8100 | Serving Brooklyn and parts of western Queens. |
| Greenpath | 80-02 Kew Gardens Road, Suite 710 | Kew gardens, NY 11415 | 888-776-6738 | Make appointments by phone first |

# Kriss Feuerstein LLP

360 Lexington Avenue, New York, NY 10017

# Kriss Feuerstein LLP

360 Lexington Avenue, New York, NY 10017

7010 1670 0000 5011 3831

**CERTIFIED MAIL™**

PLACE STICKER AT TOP OF ENVELOPE TO THE RIGHT OF THE RETURN ADDRESS, FOLD AT DOTTED LINE

Mrs. Catherine A. Strez
16 Middlemay Circle
Forest Hills, NY 11375





neopost
12/08/2010
Mailed From 10017
045J83065255
$5.54⁰
**US POSTAGE**

7010 1670 0000 5011 3824

**CERTIFIED MAIL™**

PLACE STICKER AT TOP OF ENVELOPE TO THE RIGHT OF THE RETURN ADDRESS, FOLD AT DOTTED LINE

Mr. Peter K. Strez
16 Middlemay Circle
Forest Hills, NY 11375





neopost
12/08/2010
Mailed From 10017
045J83065255
$5.54⁰
**US POSTAGE**