UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------------------X

EASTERN SAVINGS BANK, FSB,                          JUDGMENT
                                                    11-CV- 1543 (ENV)
                            Plaintiff,

        -against-

PETER K. STREZ, CATHERINE A. STREZ
A/K/A CATHERINE A. KELLEY, CITY OF
NEW YORK ENVIRONMENTAL CONTROL
BOARD and "JOHN DOE #1 through JOHN
DOE #12," the last names being fictitious
and unknown to plaintiff, the
persons or parties intended being the tenants,
occupants, persons or corporations, if any,
having or claiming interest upon the premises
described in the Complaint,

                            Defendants.
----------------------------------------------------X

        A Memorandum and Order of Honorable Eric N. Vitaliano, United States District

Judge, having been filed on December 20, 2013, directing the Clerk of Court enter judgment in

favor of Plaintiff and against the Strezes in the amount of $587,615.47, representing $400,000.00

for the principal amount due on the mortgage note; $170,199.41 for accrued interest calculated

through August 5, 2013, at the rates specified in the Addendum to the mortgage note; $6,589.36

in late fees; $9,487.50 in attorneys' fees; and $1,339.20 in costs and expenses; further, directing

the Clerk of Court to enter judgment against the ECB foreclosing its interest in the premises;

denying Plaintiff's request for anticipated attorneys' fees after they are incurred, in connection

with publication, appearance at the foreclosure sale and preparation of the referee's deed and

supporting documentation; it is

        ORDERED and ADJUDGED that judgment is hereby entered in favor of Plaintiff

**JUDGMENT** 11-CV-1543 (ENV)

Eastern Saving Bank, FSB, and against Defendants Peter K. Strez and Catherine A. Strez a/k/a

Catherine A. Kelley, in the amount of $587,615.47; and that it is further,

      ORDERED and ADJUDGED that judgment is hereby entered in favor of Plaintiff

Eastern Savings Bank, FSB and against Defendant City of New York Environmental Control

Board foreclosing its interest in the premises; and that it is further

      ORDERED and ADJUDGED that Plaintiff's request for anticipated attorneys'

fees is denied, but Plaintiff is granted leave to file a motion to amend the judgment to seek

additional attorneys' fees after they are incurred, in connection with publication, appearance at

the foreclosure sale and preparation of the referee's deed and supporting documentation.

Dated: Brooklyn, New York                  Douglas C. Palmer
       December 23, 2013                  Clerk of Court

                               by:     */s/ Janet Hamilton*
                                     Deputy Clerk

2