UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------------------------------X
EASTERN SAVINGS BANK, FSB,

                                      Plaintiff,

-against-

PETER K. STREZ, CATHERINE A. STREZ A/K/A CATHERINE A KELLEY, CITY OF NEW YORK ENVIRONMENTAL CONTROL BOARD, and "JOHN DOE #1 through JOHN DOE #12", the last twelve names being fictitious and unknown to plaintiff, the persons or parties intended being the tenants, occupants, persons or corporations, if any, having or claiming interest upon the premises described in the Complaint,

                                       Defendants.
----------------------------------------------------------------X

**NOTICE OF APPEAL**

11-cv-1543 (ENV) (MDG)

      Notice is hereby given that Peter K. Strez and Catherine A. Strez a/k/a Catherine A Kelley, defendants in the above-named case, hereby appeal to the United States Court of Appeals for the Second Circuit from the final judgment entered in this action on December 23, 2013 and the order granting summary judgment to Plaintiff entered in this action on July 22, 2013.

Dated:      January 22, 2014
               Brooklyn, New York

                                            /s/ Jaime Lathrop Bar # JL4215
                                            By: Jaime Lathrop, Esq.
                                            Law Offices of Jaime Lathrop, PC
                                            *Attorneys for Defendants Peter K. Strez and Catherine A. Strez*
                                            641 President Street, Suite 202
                                            Brooklyn, New York 11215
                                            718-857-3663